■ EARL Q. PEEPER, Appellant, v WILLIAM LEDGER et al., Respondents. [638 NYS2d 912]

This defamation action was properly dismissed as the complained-of statements are truthful, as demonstrated by the

documentary evidence · (*see, Rinaldi v Holt, Rinehart & Winston*, 42 NY2d 369, *cert denied* 434 US 969). Moreover, the writings at issue here are not susceptible of a defamatory interpretation (*see, Cohn v National Broadcasting Co.*, 50 NY2d 885, *cert denied* 449 US 1022; *compare, Herlihy v Metropolitan Museum of Art*, 214 AD2d 250). Finally, since there is no evidence that defendant Berkeley was responsible for the publication of the writings at issue, no defamation action can lie against him (*see, Russo v Padovano*, 84 AD2d 925). Concur— Ellerin, J. P., Rubin, Ross, Williams and Tom, JJ.